# PROPOSED DISTRIBUTION

Case Number: 10-22611    KSJ                                Page  1                                Date: December 6, 2012
Debtor Name: CRESPILHO, MARCELO M \ BURGOS, DANIELA R

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $5,134.87 |
| | **Claim Type -** | | | | | | | |
| | Carla Musselman, Trustee COMPENSATION | Admin | | $1,266.81 * / $1,266.81 | $0.00 | $1,266.81 | $1,266.81 | $3,868.06 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Carla Musselman, Trustee EXPENSES | Admin | | $227.00 * / $227.00 | $0.00 | $227.00 | $227.00 | $3,641.06 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type** | | | $1,493.81 * / $1,493.81 | $0.00 | $1,493.81 | $1,493.81 | |
| | Subtotals For Class Administrative  100.00000 % | | | $1,493.81 * / $1,493.81 | $0.00 | $1,493.81 | $1,493.81 | |
| | **Claim Type 7100-90 - Payments to Unsecured Credit** | | | | | | | |
| 01 | American InfoSource LP | Unsec | 070 | $92.11 * / $92.11 | $0.00 | $92.11 | $6.59 | $3,634.47 |
| | Percent Paid: 7.15449 % | | | | | | | |
| 02 | American InfoSource LP | Unsec | 070 | $860.01 * / $860.01 | $0.00 | $860.01 | $61.52 | $3,572.95 |
| | Percent Paid: 7.15341 % | | | | | | | |
| 03 | American InfoSource LP WFNNB | Unsec | 070 | $1,259.23 * / $1,259.23 | $0.00 | $1,259.23 | $90.07 | $3,482.88 |
| | Percent Paid: 7.15278 % | | | | | | | |
| 04 | Discover Bank | Unsec | 070 | $5,032.87 * / $5,032.87 | $0.00 | $5,032.87 | $360.00 | $3,122.88 |
| | Percent Paid: 7.15298 % | | | | | | | |
| 05 | Chase Bank USA, N.A. | Unsec | 070 | $665.69 * / $665.69 | $0.00 | $665.69 | $47.61 | $3,075.27 |
| | Percent Paid: 7.15198 % | | | | | | | |
| 06 | Chase Bank USA, N.A. | Unsec | 070 | $445.29 * / $445.29 | $0.00 | $445.29 | $31.85 | $3,043.42 |
| | Percent Paid: 7.15264 % | | | | | | | |
| 07 | Chase Bank USA, N.A. | Unsec | 070 | $3,183.91 * / $3,183.91 | $0.00 | $3,183.91 | $227.74 | $2,815.68 |
| | Percent Paid: 7.15284 % | | | | | | | |
| 08 | American Express Bank, FSB | Unsec | 070 | $5,562.38 * / $5,562.38 | $0.00 | $5,562.38 | $397.87 | $2,417.81 |
| | Percent Paid: 7.15287 % | | | | | | | |
| 09 | American Express Bank, FSB | Unsec | 070 | $3,625.68 * / $3,625.68 | $0.00 | $3,625.68 | $259.34 | $2,158.47 |
| | Percent Paid: 7.15287 % | | | | | | | |

## PROPOSED DISTRIBUTION

Case Number: 10-22611    KSJ    Page 2    Date: December 6, 2012
Debtor Name: CRESPILHO, MARCELO M \ BURGOS, DANIELA R

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-90 - Payments to Unsecured Credit** | | | | | | | |
| 10 | American Express Bank, FSB | Unsec | 070 | $1,189.26 *<br>$1,189.26 | $0.00 | $1,189.26 | $85.07 | $2,073.40 |
| | | | | Percent Paid: 7.15319 % | | | | |
| 11 | The Swiss Colony | Unsec | 070 | $244.89 *<br>$244.89 | $0.00 | $244.89 | $17.52 | $2,055.88 |
| | | | | Percent Paid: 7.15423 % | | | | |
| 12 | PYOD LLC | Unsec | 070 | $7,433.67 *<br>$7,433.67 | $0.00 | $7,433.67 | $531.72 | $1,524.16 |
| | | | | Percent Paid: 7.15286 % | | | | |
| 13 | GE Money Bank | Unsec | 070 | $262.33 *<br>$262.33 | $0.00 | $262.33 | $18.76 | $1,505.40 |
| | | | | Percent Paid: 7.15130 % | | | | |
| 14 | GE Money Bank | Unsec | 070 | $403.66 *<br>$403.66 | $0.00 | $403.66 | $28.87 | $1,476.53 |
| | | | | Percent Paid: 7.15206 % | | | | |
| 15 | FIA Card Services, NA | Unsec | 070 | $2,412.02 *<br>$2,412.02 | $0.00 | $2,412.02 | $172.53 | $1,304.00 |
| | | | | Percent Paid: 7.15293 % | | | | |
| 16 | FIA Card Services, NA | Unsec | 070 | $18,230.36 *<br>$18,230.36 | $0.00 | $18,230.36 | $1,304.00 | $0.00 |
| | | | | Percent Paid: 7.15290 % | | | | |
| | **Subtotal For Claim Type 7100-90** | | | $50,903.36 *<br>$50,903.36 | $0.00 | $50,903.36 | $3,641.06 | |
| | **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | |
| 17 | Capital One, N.A. | Unsec | 080 | $1,701.64 *<br>$1,707.64 | $0.00 | $1,707.64 | $0.00 | $0.00 |
| | | | | Percent Paid: 0.00000 % | | | | |
| | **Subtotal For Claim Type 7200-00** | | | $1,701.64 *<br>$1,707.64 | $0.00 | $1,707.64 | $0.00 | |
| | Subtotals For Class Unsecured | 6.92072 % | | $52,605.00 *<br>$52,611.00 | $0.00 | $52,611.00 | $3,641.06 | |

**PROPOSED DISTRIBUTION**

Case Number: 10-22611   KSJ                                    Page  3                                                          Date: December 6, 2012
Debtor Name: CRESPILHO, MARCELO M \ BURGOS, DANIELA R

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $54,098.81 / $54,104.81 | $0.00 | $54,104.81 | $5,134.87 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.